UNITED STATES of America,
Plaintiff-Appellee

v.

Tyrone Deshan FORMAN, also known as Phat, Defendant-Appellant

No. 17-40513
Summary Calendar

United States Court of Appeals,
Fifth Circuit.

Filed January 8, 2018

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Heather Harris Rattan, Esq., Assistant U.S. Attorney, U.S. Attorney's Office, Eastern District of Texas, Plano, TX, for Plaintiff-Appellee

Tyrone Deshan Forman, Pro Se

Before DENNIS, SOUTHWICK, and HAYNES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Tyrone Deshan Forman has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Forman has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.